**SO ORDERED: November 29, 2012.**



_____
**James K. Coachys
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| KAY M. PAGE, | ) | Case No. 02-14503-JKC-7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| KAY M. PAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 11-50390 |
| | ) | |
| REGISTRAR OFFICE BALL STATE | ) | |
| UNIVERSITY and UNITED STATES | ) | |
| DEPARTMENT OF EDUCATION, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT IN FAVOR OF DEFENDANT
## UNITED STATES DEPARTMENT OF EDUCATION

This matter comes before the Court on the United States Department of Education's ("the Department") Motion for Summary Judgment against Kay M. Page ("Page") on her Complaint against the Department under 11 U.S.C. § 523(a)(8). Consistent with the Findings of Fact and

Conclusions of Law entered contemporaneously herewith, the Court hereby enters judgment in favor of the Department and against Page in that the subject indebtedness is not subject to discharge in this bankruptcy proceeding because it is a post-petition debt for purposes of 11 U.S.C. § 727(b).  This judgment is without prejudice in a subsequent bankruptcy case as to the issue of whether repayment of the debt constitutes an "undue hardship" under 11 U.S.C. § 523(a)(8).

###